Melissa A. Higbee, Esq.
State Bar No. 24644
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8350
(714) 597-6559 facsimile

*Attorney for Plaintiff,*
ELLIOT MCGUCKEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ELLIOT MCGUCKEN<br><br>                    Plaintiff,<br><br>v.<br><br>SEDONA AIR TOURS; and DOES 1 through 10 inclusive,<br><br>                    Defendants. | Case No. _____<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Plaintiff, ELLIOT MCGUCKEN, by and through his undersigned counsel hereby discloses the following interested parties and corporations that may have a financial interest in the outcome of this case:

1.   Elliot McGucken; *Plaintiff*

These representations are made to enable judges of this Court to evaluate possible disqualifications or recusal.

1

Plaintiff reserves the right to amend, correct and update this Disclosure Statement throughout the pendency of this action.

| | |
|---|---|
| Dated: December 3, 2020 | Respectfully submitted, |
| | **/s/ Melissa A. Higbee**<br>Melissa A. Higbee, Esq.<br>State Bar No. 24644<br>HIGBEE & ASSOCIATES<br>1504 Brookhollow Dr., Ste 112<br>Santa Ana, CA 92705-5418<br>(714) 617-8350<br>(714) 597-6559 facsimile<br>*Counsel for Plaintiff* |